IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA INFANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 21-cv-06892-CRB<br><br>**JUDGMENT** |

Having granted Defendant City and County of San Francisco's motion to dismiss with prejudice, the Court hereby enters judgment for Defendant and against Plaintiff Maria Infante.

**IT IS SO ORDERED.**

Dated: December 7, 2022

_____
CHARLES R. BREYER
United States District Judge